IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR BLASKO,<br><br>    Petitioner,<br><br>    vs.<br><br>KAREN A. THOMAS, Acting United States Marshal for the Eastern District of California,<br><br>    Respondent, | Case No. 1:18-cv-01649-DAD-SAB<br><br>ORDER RE STIPULATION SETTING BRIEFING SCHEDULE AND HEARING DATE FOR PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 |

On November 30, 2018, Petitioner Vladimir Blasko filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 seeking review of a decision finding him to be extraditable. On December 3, 2018, the parties filed a stipulation setting a briefing schedule. Pursuant to the Local Rules of the Eastern District of California, actions brought by a person who is seeking habeas corpus relief, such as a petition seeking review under 28 U.S.C. § 2241 et seq., are to be heard by the magistrate judge.

Accordingly, pursuant to the stipulation of the parties,

1. Petitioner's petition for writ of habeas corpus shall be filed on or before **January 23, 2019**;

/////

1

2. Respondent's opposition to Petitioner's petition for writ of habeas corpus shall be filed on or before **February 13, 2019**;

3. Petitioner's reply, if any, shall be filed on or before **February 20, 2019**; and

4. A hearing on Mr. Blasko's petition is set before United States Magistrate Judge Stanley A. Boone on **February 27, 2019, at 10:00 a.m. in Courtroom 9**.

IT IS SO ORDERED.

Dated: **December 7, 2018**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE