# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR BLASKO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAREN THOMAS,<br><br>　　　　Defendant. | Case No. 1:18-cv-01649-DAD-SAB<br><br>ORDER VACATING FEBRUARY 27, 2019 HEARING |

On November 30, 2018, Petitioner Vladimir Blasko filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 seeking review of a decision finding him to be extraditable. Currently before the Court is Petitioner's petition for a writ of habeas corpus, filed on January 23, 2019. The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on February 27, 2019 is HEREBY VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: __February 26, 2019__

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1