1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Petitioner
   VLADIMIR BLASKO
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  VLADIMIR BLASKO,                    Case No. 1:18-cv-01649-DAD-BAM (HC)

12              Petitioner,             **STIPULATION TO SET BRIEFING SCHEDULE FOR PETITIONER'S MOTION TO STAY EXTRADITION PENDING APPEAL; ORDER**
13  vs.

14  LASHA BOYDEN, Acting United
    States Marshal for the Eastern District of
15  California,

16              Respondent.

17

18         On May 16, 2022, the Court issued an order denying Mr. Blasko's petition for writ of

19  habeas corpus pursuant to 28 U.S.C. § 2241. *See* Dkt. #16. On May 27, 2022, Mr. Blasko filed a

20  timely notice of appeal to the Ninth Circuit Court of Appeals. *See* Dkt. #18. The parties hereby

21  stipulate to set a briefing schedule with respect to Mr. Blasko's anticipated motion for a stay of

22  extradition pending appeal. Further, the parties stipulate that extradition will be temporarily

23  stayed pending the district court's resolution of petitioner's motion for a stay of extradition

24  pending appeal.

25         Accordingly, IT IS HEREBY STIPULATED, by and between the parties through their

26  respective counsel, Assistant United States Attorney Mark McKeon, counsel for respondent, and

27  Assistant Federal Defender Reed Grantham, counsel for Vladimir Blasko, that the following

28  briefing schedule be set for petitioner's motion to stay extradition pending appeal:

- Petitioner's motion to be filed on or before June 27, 2022
- Respondent's opposition to be filed on or before July 11, 2022
- Any petitioner reply to be filed on or before July 18, 2022

The dates proposed are mutually agreeable dates for the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

Additionally, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that extradition be temporarily stayed pending the Court's resolution of Mr. Blasko's motion to stay extradition pending appeal.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 16, 2022  /s/ Mark McKeon
MARK MCKEON
Assistant United States Attorney
Attorney for Respondent

HEATHER E. WILLIAMS
Federal Defender

Date: June 16, 2022  /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Petitioner
VLADIMIR BLASKO

**O R D E R**

**IT IS SO ORDERED.** The briefing schedule on petitioner's motion to stay extradition pending appeal is hereby set in accordance with the parties' stipulation above. Petitioner's motion is to be filed on or before June 27, 2022. Respondent's opposition is to be filed on or before July 11, 2022. Any petitioner reply is to be filed on or before July 18, 2022.

**IT IS FURTHER ORDERED** that extradition be TEMPORARILY STAYED pending the Court's resolution of Mr. Blasko's motion to stay extradition pending appeal.

IT IS SO ORDERED.

Dated:   **June 21, 2022**

UNITED STATES MAGISTRATE JUDGE